STATE v. SAUNDERS

No. 221PA92

Case below: 106 N.C.App. 395

Petition by Attorney General for discretionary review of the decision of the Court of Appeals is allowed for the sole purpose of entering the following order which is hereby certified to the Court of Appeals:

In its decision in this case arresting judgment against defendants on the charges of possession with intent to sell and deliver cocaine on 10 November 1988, the Court of Appeals relied on *State v. Mebane*, 101 N.C.App. 119, 398 S.E.2d 672 (1990) rather than the decisions of this Court in *State v. Steward*, 330 N.C. 607, 411 S.E.2d 376 (1992) and *State v. Perry*, 316 N.C. 87, 340 S.E.2d 450 (1986).

The decision of the Court of Appeals arresting judgment on the charges of possession with intent to sell and deliver cocaine is vacated and the case is remanded to that court for reconsideration in light of our decision in *State v. Steward*.

By order of the Court in Conference, this the 30 day of September 1992.